# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00037-CR

**Timothy Woodall, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
### NO. 03-401-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief has not been received and retained attorney, Mr. Ray Bass, did not respond to this Court's notice that the brief is overdue.

The appeal is abated. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if he does, whether counsel has abandoned the appeal. Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations. A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than July 28, 2006. Rule 38.8(b)(3).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Filed:  June 30, 2006

Do Not Publish